FILED
HARRISBURG, PA
APR 02 2025
PER_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | C.R. NO. 1:25-CR-00099 |
| v. | (Judge Neary) |
| SABINO LEMUS-CARIAS<br>Defendant. | |

# INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
8 U.S.C. § 1326
(Illegal Reentry)

On or about March 26, 2025, in Franklin County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**Sabino Lemus Carias,**

an alien, was found in the United States after having been removed thereform on or about May 15, 2006, at or near Brownsville, Texas, and not having the United States Attorney General expressly consent to such alien's reapplying for admission to the United States.

2

In violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

A TRUE BILL

FOREPERSON

JOHN C. GURGANUS
Acting United States Attorney

4/2/2025
Date

JOSEPH J. TERZ
Assistant United States Attorney

2